TODD A. ROBERTS (SBN 129722)
DEAN A. PAPPAS (SBN 115140)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: todd.roberts@rmkb.com
dean.pappas@rmkb.com

Attorneys for Plaintiff
MAPRE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAPFRE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MARIA DEL RAYO RUIZ, ELIAS RUIZ, DAVID RUIZ, RYAN JACOBSEN, and JUAN BARTOLA AISPURO BARRAZA,<br><br>Defendants. | CASE NO. 1:18-CV-00047-DAD-EPG<br><br>**ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE**<br><br>(ECF No. 7) |

Upon consideration of Mapfre Insurance Company's application for an order continuing the Mandatory Scheduling Conference currently set for April 12, 2018, IT IS HEREBY ORDERED that the Mandatory Scheduling Conference is continued to **June 14, 2018 at <u>9:30 AM</u> in Courtroom #10 (6th Floor).**

A copy of this order is required to be served by Plaintiff upon all defendants.

IT IS SO ORDERED.

Dated: **March 22, 2018**            /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE